UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL DEKOSCHAK,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW CENTURY MORTGAGE CORP.,<br>COUNTRYWIDE HOME LOANS<br><br>    Defendant. | Case No. 04-30249-KPN |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO SUMMONS AND COMPLAINT**

Plaintiff's counsel in this action has stipulated and agreed that Defendant Countrywide Home Loans, Inc. shall have an extension of thirty days, until May 25, 2005, to file a response to Plaintiff's Complaint.

    Respectfully Submitted,

    COUNTRYWIDE HOME LOANS,

    By its attorneys,

    /s/ Daniel J. Pasquarello
    James W. McGarry (BBO # 633726)
    Daniel J. Pasquarello (BBO # 647379)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1000

Dated: April 25, 2005

LIBA/1533141.1