IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL DEKOSCHAK ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A.3:04-cv-30249-KPN |
| v. ) | |
| ) | |
| NEW CENTURY MORTGAGE CORPORATION ) | |
| AND COUNTRYWIDE HOME LOANS ) | |
| Defendants, ) | |

### DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff hereby dismisses his complaint against the Defendants, New Century Mortgage Corporation and Countrywide Home Loans with prejudice.

Michael Dekoschak
By his attorney,

_____
Christopher M. Lefebvre BBO #629056
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
PO BOX 479
Pawtucket, R.I. 02862
401-728-6060

1